THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONTINENTAL INSURANCE COMPANY, Respondent, *v.* FRANK A. O'DONNEL et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Continental Ins. Co.* v. *O'Donnel,* 112 App. Div. 899, affirmed.
(Argued June 5, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1906, which affirmed an order of Special Term canceling an assessment of relator's capital and surplus for the purposes of taxation for the year 1905.

*John J. Delany, Corporation Counsel (Curtis A. Peters* of counsel), for appellants.

*David Rumsey* for respondent.

*John R. Halsey* and *John O. Heald* for relators in similar cases pending.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: CHASE, J.